IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LISA RYAN MURPHY
ADC #760343                                                                                              PLAINTIFF

v.                              CASE NO. 1:15-CV-00124 BSM

LASSITER, et al.                                                                                      DEFENDANTS

## ORDER

The proposed findings and recommendations submitted by United States Magistrate Judge Patricia Harris have been reviewed. No objections have been filed. After careful consideration, the proposed findings and recommendations are adopted in all respects.

Therefore, Murphy's complaint [Doc. No. 1] is dismissed without prejudice. If Murphy wishes to pursue these claims, she must file a motion to reopen the case and submit the full $400 filing and administrative fee within thirty (30) days of the date of this order. Additionally, it is certified that pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 17th day of December 2015.

_____
UNITED STATES DISTRICT JUDGE